1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          EASTERN DISTRICT OF CALIFORNIA

7

8   JAMIE OSUNA,                              | 1:24-cv-01009-SAB (PC)

9              Plaintiff,

10        v.                                    ORDER TO SUBMIT APPLICATION
                                               TO PROCEED IN FORMA PAUPERIS
11  A. GUERRERO, et al.,                       OR PAY FILING FEE WITHIN 45 DAYS

12             Defendant.

13

14        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

15  § 1983.  Plaintiff has not paid the $405.00 filing fee, or **submitted the proper application to**

16  **proceed in forma pauperis by a prisoner** pursuant to 28 U.S.C. § 1915.

17        Accordingly, IT IS HEREBY ORDERED that:

18        Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

19  attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

20  the $405.00 filing fee for this action.  **No requests for extension will be granted without a**

21  **showing of good cause**.  **Failure to comply with this order will result in dismissal of this**

22  **action.**

23
    IT IS SO ORDERED.
24

25  Dated:    **August 27, 2024**        _____
                                          UNITED STATES MAGISTRATE JUDGE
26

27

28

                                              1